IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE CHARTER OAK FIRE INSURANCE
COMPANY and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

        Plaintiffs,

v.

INTERFACE PERFORMANCE MATERIALS,
INC., et al,

        Defendants.

CIVIL ACTION
NO. 17-4685

## ORDER

**AND NOW**, this 25th day of October, 2018, upon consideration of Plaintiffs' Motion for Judgment on the Pleadings and Defendants' Motion for Partial Summary Judgment, it is hereby **ORDERED** that:

    1. Plaintiffs' Motion for Judgment on the Pleadings (Docket No. 33) is **GRANTED**;

    2. Defendants' Motion for Partial Summary Judgment (Docket No. 34) is **DENIED**;

    3. The Clerk shall close this case.

                                      **BY THE COURT:**

                                      *s/s JEFFREY L. SCHMEHL, J.*
                                      Jeffrey L. Schmehl, J.